## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| ENERPLUS RESOURCES (USA) CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) WILBUR D. WILKINSON, an individual; ) THE THREE AFFILIATED TRIBES, FORT ) BERTHOLD DISTRICT COURT; REED ) ALAN SODERSTROM, agent for Wilbur D. ) Wilkinson; and ERVIN J. LEE, an individual, ) ) Defendants. ) | Case No. 1:16-cv-00103-DLH-CSM |

### MOTION FOR PRELIMINARY INJUNCTION AND AN ORDER REQUIRING DEFENDANT SODERSTROM TO DEPOSIT THE EXCESS MONEY INTO COURT

Plaintiff, Enerplus Resources (USA) Corporation ("Plaintiff"), by and through its attorneys, hereby moves the Court for a preliminary injunction prohibiting the District Court for the Three Affiliated Tribes from exercising jurisdiction over any dispute arising under or related to the Settlement Agreement, the ORRI Assignment, the Wilkinson Division Order and/or related transactions.  The Settlement Agreement, the ORRI Assignment and the Wilkinson Division Order contain forum selection clauses providing the state and federal courts of North Dakota with exclusive jurisdiction over any disputes arising from or related to such Agreements and thus, the Tribal Court does not have jurisdiction to hear the case currently pending before it.  Additionally, Plaintiff moves the Court to order Defendant Soderstrom to deposit the Excess Money into the Court pending final resolution of this matter.  In support of this Motion, Plaintiff directs the Court to the attached Memorandum in Support of Motion and supporting documentation.

-2-

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion for a preliminary injunction prohibiting the District Court for the Three Affiliated Tribes from exercising jurisdiction over disputes arising under or related to the Settlement Agreement, the ORRI Assignment, the Wilkinson Division Order, and/or related transactions and for an order requiring Defendant Soderstrom to deposit the Excess Money into the Court pending final resolution of this matter, and for such other and further relief as the Court deems just and equitable.

Date:  May 5, 2016

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ *Graham P.B. Boswell*
  Graham P. B. Boswell  ND #08009
  950 Seventeenth Street, Suite 2400
  Denver, CO 80202
  (720) 931-3200 Telephone
  (720) 931-3201 Facsimile
  gboswell@lathropgage.com

  Michael J. Abrams  MO #42196
  (*pro hac vice* application pending)
  2345 Grand Boulevard, Suite 2800
  Kansas City, MO 64108
  (816) 292-2000 Telephone
  (816) 292-2001 Facsimile
  mabrams@lathropgage.com

ATTORNEYS FOR PLAINTIFF

25530835v4