## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWEST DIVISION

| | |
|---|---|
| ENERPLUS RESOURCES (USA) ) <br> CORPORATION, a Delaware corporation, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> VS. ) <br> WILBUR D. WILKINSON, an individual; ) <br> THE THREE AFFILIATED TRIBES; ) <br> THE FORT BERTHOLD TRIBAL ) <br> DISTRICT COURT; THE MHA NATION ) <br> SUPREME COURT; REED SODERSTROM, ) <br> an agent for Wilbur D. Wilkinson, and ) <br> ERVIN J. LEE, an individual. ) | Case No.1:16-CV-00103 |

ERVIN J. LEE, an individual )
      Third Party, Plaintiff, )
  )
    Vs. )
  )
WILBUR D. WILKINSON, an individual; )
THE THREE AFFILIATED TRIBES; )
THE FORT BERTHOLD TRIBAL )
DISTRICT COURT; THE MHA NATION )
SUPREME COURT; REED SODERSTROM, )
an individual )
      Third Party, Defendants. )

### MOTION FOR PRELIMINARY INJUNCTION
### AND AN ORDER REQUIRING DEFENDANT SODERSTROM
### TO DEPOSIT MONEY INTO COURT

Defendant, Ervin J. Lee, acting *pro se*, ("Lee"), hereby moves the Court for a preliminary injunction prohibiting the District Court for the Three Affiliated Tribes from exercising jurisdiction over any dispute arising under or related to the Settlement Agreement, the ORRI Assignment, the Wilkinson Division Order, Lee Division Order and/or related transactions. The Settlement Agreement, the ORRI Assignment, the Wilkinson Division Order and the Lee

Division Order contain forum selection clauses providing the state and federal courts of North Dakota with exclusive jurisdiction over any disputes arising from or related to such Agreements and thus, the Tribal Court does not have jurisdiction to hear the case currently pending before it.

Additionally, Lee moves the Court to order Defendant Soderstrom to deposit the nearly $5,000,000.00 of overriding royalty income ("ORRI Funds") into the Court pending final resolution of this matter. In support of this Motion, Plaintiff directs the Court to the attached Memorandum in Support of Motion and supporting documentation.

WHEREFORE, Lee respectfully requests that the Court grant its motion for a preliminary injunction prohibiting the District Court for the Three Affiliated Tribes from exercising jurisdiction over disputes arising under or related to the Settlement Agreement, the ORRI Assignment, the Wilkinson Division Order, the Lee Division Order and/or related transactions and for an order requiring Defendant Soderstrom to deposit the Excess Money into the Court pending final resolution of this matter, and for such other and further relief as the Court deems just and equitable.

Date: July 21st, 2016

Respectfully submitted,

_____
Ervin J. Lee, pro se
224 8th St SE
Minot, ND 58701
Cell: 701-721-3851
Email: ejlee3851@gmail.com